# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

CASE NO.: 12-17403-AJC

☐ 1st Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ______ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Eduardo Suarez
Last Four Digits of SS# xxx-xx-3698

CO-DEBTOR: ______
Last Four Digits of SS# ______

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of 60 months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A. $ 994.01 for months 1 to 60 ;
B. $______ for months ______ to______;
C. $______ for months ______ to ______ in order to pay the following creditors:

Administrative: Attorney's Fee $ 3,650.00
TOTAL PAID $2,000.00
Balance Due $ 1,650.00 payable $ 137.51 month (Months 1 to 12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a ______
Address ______

Arrearage on Petition Date $ ______
Arrears Payment $______/month (Months____ to ___)
Arrears Payment $______/month (Months_____ to ___)
Regular Payment $______/month (Months_____ to ___)

2. ______

Arrears Payment $______
Arrears Payment $______/month (Months____ to ___)
Regular Payment $______/month (Months___ to ___)
Arrears Payment $______/month (Months___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| | | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a ______

Total Due $______
Payable $______/month (Months ____to ___)

Unsecured Creditors: Pay $ 757.10 month (Months 1 to 12 ). Pay $894.61/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :The debtor will modify the plan to increase the amounts to be paid into the plan to provide for 100% distribution to unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 08/14/12